# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALICE MEJIA, et al., <br>     Plaintiff(s), <br> v. <br> WESTGATE LAS VEGAS RESORT, LLC, <br>     Defendant(s). | Case No.: 2:18-cv-02128-GMN-NJK <br><br> **ORDER** <br><br> [Docket No. 25] |

Pending before the Court is a motion to extend certain deadlines. Docket No. 25. Any response shall be filed by May 29, 2019, and any reply shall be filed by noon on May 30, 2019.

IT IS SO ORDERED.

Dated: May 28, 2019

                                                Nancy J. Koppe <br>
                                                United States Magistrate Judge