# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALICE MEJIA, et al.,<br>　　Plaintiff(s),<br>v.<br>WESTGATE LAS VEGAS RESORTS, LLC,<br>　　Defendant(s). | Case No.: 2:18-cv-02128-GMN-NJK<br>**Order**<br>[Docket No. 28] |

Pending before the Court is a motion by Christopher Burk to withdraw as counsel for Plaintiffs. Docket No. 28. Mr. Burk's motion is vague as to the reason for withdrawal, which appears to be substantially similar to concurrent motions to withdraw that he has filed in other cases for other plaintiffs bringing similar claims. No later than June 7, 2019, Mr. Burk must file under seal a supplement providing a robust explanation of the circumstances giving rise to his motion. Although it need not be served on Defendant, this supplement must be served on Plaintiffs and a proper proof of service must be attached. In addition, any response to the motion to withdraw must be filed by June 14, 2019, and any reply must be filed by June 21, 2019.

The Court **SETS** a hearing on the motion for 1:00 p.m. on July 9, 2019, in Courtroom 3A. Mr. Burk shall appear personally at that hearing. Plaintiffs themselves must also participate in the hearing, but the Court will allow them to participate telephonically since they live out of state. To that end, Plaintiffs may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a

1

clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.[1]

No later than June 7, 2019, Mr. Burk must file a proof of service showing that he has served a copy of this order on Plaintiffs.

**<u>Nothing herein relieves Mr. Burk during the interim from his obligation to zealously advocate for Plaintiffs and to fulfill all of his duties with respect to discovery and otherwise</u>**.

IT IS SO ORDERED.

Dated: May 31, 2019

                                                        _____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Defendant is not required to participate in this hearing, but it may do so if it chooses. If so, Defendant's counsel must appear personally unless a proper request to appear telephonically has been filed and is granted.