# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALICE MEJIA, et al., <br>     Plaintiff(s), <br> v. <br> WESTGATE LAS VEGAS RESORTS, LLC, <br>     Defendant(s). | Case No.: 2:18-cv-02128-GMN-NJK <br><br> **Order** |

The Court ordered Plaintiffs' counsel—Christopher Burk—to serve his clients with a copy of the order at Docket No. 29, and to file a proof of service. *See* Docket No. 29 at 2. Mr. Burk has instead filed a proof of service for his underlying motion. *See* Docket No. 33. The Court again **ORDERS** Mr. Burk to serve Plaintiffs with the order at Docket No. 29, and to file a proof of service by June 11, 2019.

IT IS SO ORDERED.

Dated: June 10, 2019

                                                                                   Nancy J. Koppe <br>
                                                                                   United States Magistrate Judge