# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALICE MEJIA, et al.,
    Plaintiff(s),

v.

WESTGATE LAS VEGAS RESORTS, LLC,
    Defendant(s).

Case No.: 2:18-cv-02128-GMN-NJK

**Order**

[Docket No. 30]

Pending before the Court is Defendant's motion to compel, filed on an emergency basis. Docket No. 30. Plaintiffs filed a response expressing an intent to provide the disputed discovery, Docket No. 39, which the Court construes as a non-opposition to the motion. Accordingly, the motion to compel is **GRANTED**. To the extent not already completed, the disputed discovery must be provided by June 13, 2019.

IT IS SO ORDERED.

Dated: June 11, 2019

                                            Nancy J. Koppe
                                            United States Magistrate Judge