**JOINTLY SUBMITTED**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALICE MEJIA, an individual, and JESUS CASTILLO, an individual,<br><br>Plaintiffs,<br>v.<br><br>WESTGATE LAS VEGAS RESORT, LLC, a Delaware Corporation,<br><br>Defendant. | Case No. 2:18-cv-02128-GMN-NJK<br><br>**Stipulation and Order to Dismiss with Prejudice** |

Defendant WESTGATE LAS VEGAS RESORT, LLC ("Defendant") and Plaintiffs ALICE MEJIA and JESUS CASTILLO (collectively "Plaintiffs" and together with Defendant, the "Parties"), by and through their respective counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree:

1. All claims asserted by the Parties shall be dismissed with prejudice.
2. Each party shall bear its own attorneys' fees and costs.

Dated this 5th day of August, 2019.

| **Totten, Franqui, Davis & Burk, LLP** | **Greenspoon Marder LLP** |
|---|---|
| */s/ Christopher Burk, Esq.* | */s/ Phillip A. Silvestri, Esq.* |
| CHRISTOPHER D. BURK, ESQ. | PHILLIP A. SILVESTRI, ESQ. |
| Nevada Bar No. 8976 | Nevada Bar No. 11276 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

40890454.1

## ORDER

**IT IS HEREBY ORDERED** that the above Stipulation to Dismiss with Prejudice, (ECF No. 48), is **GRANTED**.

**IT IS FURTHER ORDERED** that in light of the above Stipulation, Plaintiffs' Motion to Remand, (ECF No. 6), is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Strike, (ECF No. 24), is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Entry of Clerk's Default, (ECF No. 43), is **DENIED as moot**.

**DATED** this __6__ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249/ Fax: (954) 333-4256

40890454.1